# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Mandy Myers ) | |
| ) | |
| v. ) | CASE : 3:11-0331 |
| ) | JUDGE Nixon/Brown |
| Dollar General Corporation ) | |

**ORDER**

An Initial Case Management Order was entered August 3, 2011 (Docket Entry 13). However, the order was entered before the trial date was added. Accordingly, Judge Nixon will hold the Final Pretrial Conference on **January 18, 2013 at 10:00 a.m. and the Jury Trial January 29, 2013 at 9:00 a.m.** Judge Nixon will enter a separate order at a later date with his Trial requirements.

It is so ORDERED.

/S/ Joe B. Brown
_____
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE